**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| Richard Alexander Murdaugh, Sr., | ) | C/A No.: 2:26-cv-01989-CMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CONSENT MOTION TO EXPAND** |
| v. | ) | **PAGE LIMITATIONS** |
| | ) | |
| Rebecca Hill, | ) | |
| | ) | |
| Defendant. | ) | |

**TO: RICHARD A. HARPOOTLIAN, PHILLIP D. BARBER, ANDREW R. HAND, JAMES M. GRIFFIN, AND MARGARET N. FOX, ATTORNEYS FOR PLAINTIFF**

**COMES NOW** Rebecca Hill, Defendant in the above-entitled action, who respectfully shows this Honorable Court the following:

Plaintiff's Complaint (ECF No. 1) raises several complex issues which require substantial and diligent treatment. Defendant respectfully submits that properly addressing the issues set forth in Plaintiff's Complaint within her Memorandum in Support of Defendant's Motion to Dismiss may not feasibly be accomplished within the page limitation imposed by the Local Rules. *See* Local Civ. Rules 7.04, 7.05 (D.S.C.)). Defendant has further obtained Plaintiff's consent to the expansion of the page limitation imposed. Accordingly, Defendant respectfully requests this Court's decree that the page limitation imposed on an initial brief pursuant to Local Civ. Rule 7.05 (D.S.C.) is expanded for purposes of this action.

**WHEREFORE**, Defendant prays this Honorable Court to **DECREE** the page limitation imposed on Defendants' Memorandum in Support of Defendant's Motion to Dismiss is expanded.

[signature block on the following page]

Respectfully submitted,

*/s/ Charles F. Turner, Jr.*
Charles F. Turner, Jr. (Fed. I.D. #05849)
G. Troy Thames (Fed. I.D. #07713)
J. Nathan Ozmint (Fed. I.D. #14360)
Bowman H. Taylor (Fed. I.D. #14690)
**WILLSON JONES CARTER & BAXLEY, P.A.**
325 Rocky Slope Road, Suite 201
Greenville, SC  29607
Telephone: (864) 672-3711
Facsimile: (864) 373-7055
E-mail: cfturner@wjcblaw.com
　　　　tthames@wjcblaw.com
　　　　jnozmint@wjcblaw.com
　　　　bhtaylor@wjcblaw.com
**ATTORNEYS FOR DEFENDANT**

June 16, 2026
Greenville, SC

2