**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**
**Case Number: 2:26-cv-01989-RMG**

| | |
|---|---|
| Richard Alexander Murdaugh, Sr.,<br><br>         Plaintiff,<br><br>vs.<br><br>Rebecca Hill,<br><br>         Defendant. | **DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>**(JURY TRIAL REQUESTED)** |

The Defendant, above-named, answering the Complaint of the Plaintiff herein, would respectfully show unto this Honorable Court that:

## FOR A FIRST DEFENSE

1. The Defendant denies the allegations contained in Paragraph One of the Plaintiff's Complaint.

2. The Defendant denies the allegations contained in Paragraph Two of the Plaintiff's Complaint.

3. As to the allegations contained in Paragraph Three of the Plaintiff's Complaint, the Defendant specifically admits that on March 7, 2023, following a six week trial in Colleton County, South Carolina, the Plaintiff was convicted of the murders of his wife and son; as a result, he was sentenced to two consecutive life terms. Further, the Defendant specifically admits that the Plaintiff took the stand in his own defense and maintained his innocence. However, the Defendant denies the remaining allegations contained in Paragraph Three of the Plaintiff's Complaint which are in addition to or inconsistent with these admissions.

4. The Defendant denies the allegations contained in Paragraph Four of the Plaintiff's Complaint.

5. The Defendant denies the allegations contained in Paragraph Five of the Plaintiff's Complaint.

6. The Defendant denies the allegations contained in Paragraph Six of the Plaintiff's Complaint.

7. The Defendant denies the allegations contained in Paragraph Seven of the Plaintiff's Complaint.

8. As to the allegations contained in Paragraph Eight of the Plaintiff's Complaint, the Defendant specifically admits that on May 13, 2026, the Supreme Court of South Carolina reversed the Plaintiff's murder convictions and remanded for a new trial; however, the Defendant denies the remaining allegations contained in Paragraph Eight of the Plaintiff's Complaint which are in addition to or inconsistent with these admissions.

9. The Defendant denies the allegations contained in Paragraph Nine of the Plaintiff's Complaint.

10. The Defendant admits the allegations contained in Paragraph Ten of the Plaintiff's Complaint.

11. The Defendant admits the allegations contained in Paragraph Eleven of the Plaintiff's Complaint.

12. The Defendant denies the allegations contained in Paragraph Twelve of the Plaintiff's Complaint.

13. The Defendant admits the allegations contained in Paragraph Thirteen of the

Plaintiff's Complaint.

14. The Defendant admits the allegations contained in Paragraph Fourteen of the Plaintiff's Complaint.

15. The Defendant admits the allegations contained in Paragraph Fifteen of the Plaintiff's Complaint.

16. Upon information and belief, the Defendant admits the allegations contained in Paragraph Sixteen of the Plaintiff's Complaint.

17. The Defendant denies the allegations contained in Paragraph Seventeen of the Plaintiff's Complaint.

18. The Defendant denies the allegations contained in Paragraph Eighteen of the Plaintiff's Complaint.

19. The Defendant denies the allegations contained in Paragraph Nineteen of the Plaintiff's Complaint.

20. In as much as Paragraph 20 of the Plaintiff's Complaint includes excerpts from the Trial Transcript, the Defendant neither admits nor denies the same, and further denies any allegations inconsistent with the Trial Transcript and demands strict proof thereof.

21. In as much as Paragraph 21 of the Plaintiff's Complaint includes excerpts from the Trial Transcript, the Defendant neither admits nor denies the same, and further denies any allegations inconsistent with the Trial Transcript and demands strict proof thereof.

22. The Defendant lacks sufficient knowledge and information to form a belief as to the allegations contained in Paragraph Twenty-Two of the Plaintiff's Complaint

therefore denies same.

23. The Defendant lacks sufficient knowledge and information to form a belief as to the allegations contained in Paragraph Twenty-Three of the Plaintiff's Complaint therefore denies same.

24. The Defendant denies the allegations contained in Paragraph Twenty-Four of the Complaint.

25. The Defendant denies the allegations contained in Paragraph Twenty-Five of the Complaint.

26. The Defendant lacks sufficient knowledge and information to form a belief as to the allegations contained in Paragraph Twenty-Six of the Plaintiff's Complaint therefore denies same.

27. In as much as Paragraph Twenty-Seven of the Plaintiff's Complaint includes excerpts from the Trial Transcript, the Defendant neither admits nor denies the same, and further denies any allegations inconsistent with the Trial Transcript and demands strict proof thereof.

28. The Defendant denies as stated the Plaintiff's allegations in Paragraph Twenty-Eight of the Plaintiff's Complaint. To the extent the Plaintiff's allegations in Paragraph Twenty-Eight attempt to restate contents of the Defendant's book, the Defendant asserts that the contents of the book speak for themselves and demands strict proof thereof.

29. In as much as the allegations contained in Paragraph Twenty-Nine of the Plaintiff's Complaint attempt to allege verbatim contents of Court transcripts, the Defendant neither admits nor denies same but demands strict proof thereof. Further, the

Defendant asserts that the Court transcripts speak for themselves.

30. The Defendant denies the allegations contained in Paragraph Thirty as stated.

31. The Defendant lacks sufficient knowledge and information to form a belief as to the allegations contained in Paragraph Thirty-One of the Plaintiff's Complaint therefore denies same.

32. The Defendant denies the allegations contained in Paragraph Thirty-Two of the Plaintiff's Complaint.

33. The Defendant denies the allegations contained in Paragraph Thirty-Three of the Plaintiff's Complaint as stated.

34. The Defendant denies the allegations contained in Paragraph Thirty-Four of the Plaintiff's Complaint.

35. The Defendant denies the allegations contained in Paragraph Thirty-Five of the Plaintiff's Complaint.

36. The Defendant denies the allegations contained in Paragraph Thirty-Six of the Plaintiff's Complaint.

37. The Defendant lacks sufficient knowledge and information to form a belief as to the allegations contained in Paragraph Thirty-Seven of the Plaintiff's Complaint therefore denies same.

38. In as much as the allegations contained in Paragraph Thirty-Eight of the Plaintiff's Complaint state procedural events regarding the Plaintiff's appeal of his criminal conviction, the Defendant neither admits nor denies same but demands strict proof thereof.

39. In as much as the allegations contained in Paragraph Thirty-Nine of the Plaintiff's

Complaint attempt to summarize and/or restate Court proceedings and/or testimony, the Defendant neither admits nor denies same but demands strict proof thereof.

40. In as much as the allegations contained in Paragraph Forty of the Plaintiff's Complaint attempt to summarize and/or restate Court proceedings and/or testimony, the Defendant neither admits nor denies same but demands strict proof thereof.

41. In as much as the allegations contained in Paragraph Forty-One of the Plaintiff's Complaint attempt to summarize and/or restate Court proceedings and/or testimony, the Defendant neither admits nor denies same but demands strict proof thereof.

42. The Defendant denies the allegations contained in Paragraph Forty-Two of the Plaintiff's Complaint.

43. In as much as the allegations contained in Paragraph Forty-Three of the Plaintiff's Complaint attempts to restate Court testimony and/or transcripts of Court testimony, the Defendant neither admits nor denies same but demands strict proof thereof.

44. In as much as the allegations contained in Paragraph Forty-Four of the Plaintiff's Complaint attempts to restate Court testimony and/or transcripts of Court testimony, the Defendant neither admits nor denies same but demands strict proof thereof.

45. In as much as the allegations contained in Paragraph Forty-Five of the Plaintiff's Complaint attempts to restate Court testimony and/or transcripts of Court

testimony, the Defendant neither admits nor denies same but demands strict proof thereof.

46. In as much as the allegations contained in Paragraph Forty-Six of the Plaintiff's Complaint attempts to restate Court testimony and/or transcripts of Court testimony, the Defendant neither admits nor denies same but demands strict proof thereof.

47. As to the allegations contained in Paragraph Forty-Seven of the Plaintiff's Complaint, the Defendant specifically admits that the trial Court denied the Plaintiff's motion for a new trial finding the Defendant's actions were harmless error and that Mr. Murdaugh failed to prove the Defendant's actions affected the jury's verdict.

48. The Defendant admits the allegations contained in Paragraph Forty-Eight of the Plaintiff's Complaint.

49. The Defendant lacks sufficient knowledge and information to form a belief as to the allegations contained in Paragraph Forty-Nine of the Plaintiff's Complaint therefore denies same.

50. As to the allegations contained in Paragraph Fifty of the Plaintiff's Complaint, the Defendant specifically admits that on May 14, 2025, the Defendant was arrested and charged with perjury, obstruction of justice, and misconduct in office based upon actions that do not relate to any allegations of jury tampering; further, the Solicitor appointed to prosecute these charges has admitted to the Court that there was no probable cause for any charges to be brought against the Defendant for jury tampering; further, the Defendant denies the remaining allegations contained in

Paragraph Fifty of the Plaintiff's Complaint which are in addition to or inconsistent with these admissions.

51. The Defendant admits the allegations contained in Paragraph Fifty-One of the Plaintiff's Complaint.

52. In as much as the allegations contained in Paragraph Fifty-Two of the Plaintiff's Complaint includes excerpts of the Court order, the Defendant neither admits nor denies same but demands strict proof thereof and would further allege that the Court's order speaks for itself.

53. In as much as the allegations contained in Paragraph Fifty-Three of the Plaintiff's Complaint include excerpts of the South Carolina Supreme Court Order, the Defendant neither admits nor denies the same, and further denies any allegations inconsistent with the Order and demands strict proof thereof.

54. In as much as the allegations contained in Paragraph Fifty-Four of the Plaintiff's Complaint include excerpts of the South Carolina Supreme Court Order, the Defendant neither admits nor denies the same, and further denies any allegations inconsistent with the Order and demands strict proof thereof.

55. The Defendant admits the allegations contained in Paragraph Fifty-Five of the Plaintiff's Complaint. In as much as the allegations contained in Paragraph Fifty-Five of the Plaintiff's Complaint include excerpts of the South Carolina Supreme Court Order, the Defendant neither admits nor denies the same, but demands strict proof thereof and would further allege that the Court's Order speaks for itself.

56. The Defendant lacks sufficient knowledge and information to form a belief as to the allegations contained in Paragraph Fifty-Six of the Plaintiff's Complaint

therefore denies same.

57. The Defendant denies the allegations contained in Paragraph Fifty-Seven of the Plaintiff's Complaint.

58. The Defendant realleges and reiterates each and every allegation set forth above, and not inconsistent herewith, as if fully repeated herein.

59. In as much as the allegations contained in Paragraph Fifty-Nine of the Plaintiff's Complaint attempts to state legal conclusions or restate applicable law, the Defendant neither admits nor denies same but demands strict proof thereof.

60. The Defendant denies the allegations contained in Paragraph Sixty of the Plaintiff's Complaint.

61. The Defendant denies the allegations contained in Paragraph Sixty-One of the Plaintiff's Complaint.

62. The Defendant denies the allegations contained in Paragraph Sixty-Two of the Plaintiff's Complaint.

63. The Defendant denies the allegations contained in Paragraph Sixty-Three of the Plaintiff's Complaint.

64. The Defendant denies the allegations contained in Paragraph Sixty-Four of the Plaintiff's Complaint.

**FOR A SECOND DEFENSE**

65. Defendant adopts and realleges each and every allegation set forth above, and not inconsistent herewith, as if fully repeated herein.

66. The Defendant alleges that the Complaint of the Plaintiff fails to state a claim against her and, therefore the Plaintiff's Complaint should be dismissed pursuant to Rule

12(b)(6) of the <u>Federal Rules of Civil Procedure</u>.

## **FOR A THIRD DEFENSE**

67. Defendant adopts and realleges each and every allegation set forth above, and not inconsistent herewith, as if fully repeated herein.

68. The Court lacks jurisdiction of this matter and therefore the Plaintiff's Complaint should be dismissed pursuant to Rule 12(b)(1) of the <u>Federal Rules of Civil Procedure</u>.

## **FOR A FOURTH DEFENSE**

69. Defendant adopts and realleges each and every allegation set forth above, and not inconsistent herewith, as if fully repeated herein.

70. The Defendant asserts that the Plaintiff lacks standing to bring this claim; therefore, the Plaintiff's Complaint should be dismissed.

## **FOR A FIFTH DEFENSE**

71. Defendant adopts and realleges each and every allegation set forth above, and not inconsistent herewith, as if fully repeated herein.

72. The Defendant asserts the Plaintiff's claims are not ripe as any applicable damage related to the Defendant's alleged actions have not yet been incurred by the Plaintiff.

## **FOR A SIXTH DEFENSE**

73. Defendant adopts and realleges each and every allegation set forth above, and not inconsistent herewith, as if fully repeated herein.

74. The Defendant asserts all immunities under the 11th Amendment of the United

States Constitution; therefore, the Plaintiff's Complaint should be dismissed.

## FOR A SEVENTH DEFENSE

75. Defendant adopts and realleges each and every allegation set forth above, and not inconsistent herewith, as if fully repeated herein.

76. The Defendant asserts judicial immunity as an affirmative defense to the Plaintiff's Complaint.

## FOR AN EIGHTH DEFENSE

77. Defendant adopts and realleges each and every allegation set forth above, and not inconsistent herewith, as if fully repeated herein.

78. The Defendant asserts quasi-judicial immunity as an affirmative Defense to the Plaintiff's Complaint.

## FOR A NINTH DEFENSE

79. Defendant adopts and realleges each and every allegation set forth above, and not inconsistent herewith, as if fully repeated herein.

80. The Defendant hereby asserts that she is entitled to qualified immunity under Harlow v. Fitzgerald, 457 U.S. 800 (1982), and therefore, the Plaintiff's Complaint should be dismissed.

## FOR A TENTH DEFENSE

81. Defendant adopts and realleges each and every allegation set forth above, and not inconsistent herewith, as if fully repeated herein.

82. The Defendant asserts that the Plaintiff's damages are speculative; therefore, Plaintiff's Complaint should be dismissed.

## FOR AN ELEVENTH DEFENSE

83.    Defendant adopts and realleges each and every allegation set forth above, and not inconsistent herewith, as if fully repeated herein.

84.    The Defendant is not a "person" for purposes of liability under 42 U.S.C. § 1983, and therefore the Plaintiff's Complaint should be dismissed.

WHEREFORE, the Defendant above-named, having answered the Complaint of the Plaintiff herein, respectfully requests the Court to dismiss the Plaintiff's Complaint, for costs in this action, and for such other and further relief as the Court may deem just and proper.

Respectfully Submitted,

*s/Charles F. Turner, Jr.*
Charles F. Turner, Jr. (Fed. I.D. # 05849)
G. Troy Thames (Fed. I.D. #07713)
J. Nathan Ozmint (Fed. I.D. #14360)
Bowman H. Taylor (Fed. I.D. #14690)
WILLSON JONES CARTER & BAXLEY, P.A.
325 Rocky Slope Road, Suite 201
Greenville, SC  29607
Telephone: (864) 672-3711
Facsimile: (864) 373-7055
Email: cfturner@wjcblaw.com
tthames@wjcblaw.com
jnozmint@wjcblaw.com
bhtaylor@wjcblaw.com
**ATTORNEYS FOR DEFENDANT**

June 18, 2026