| | |
|---|---|
| Richard Alexander Murdaugh, Sr., | |
| Plaintiff, | DEFENDANT'S RESPONSES TO LOCAL RULE 26.01 INTERROGATORIES |
| vs. | |
| Rebecca Hill, | |
| Defendant. | |

Pursuant to Local Rule 26.01, Defendant Rebecca Hill, hereby answer the following Interrogatories:

(A)     State the full name, address and telephone number of all persons or legal entities who may have subrogation interest in each claim and state the basis and extent of said interest.

**RESPONSE: None at this time, nor expected.**

(B)     As to each claim, state whether it should be tried jury or non-jury and why.

**RESPONSE: All claims should be tried by a jury because Plaintiff and Defendant has demanded a trial by jury and the claims are triable by a jury.**

(C)     State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is parent, subsidiary, partner or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**RESPONSE: No.**

(D)     State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division) See Local Civil Rule 3.01.

**RESPONSE:  This case is filed in the appropriate division.**

(E)     Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.

**RESPONSE: No.**

(F)     If the Defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleadings reflecting the correct identification.

**RESPONSE: The Defendant is properly identified.**

(G)     If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.

**RESPONSE: The Defendant is not aware of any additional parties who should be named as a Defendant in this case at this time**.

(H)     In an action in which jurisdiction is based on diversity under 28 U.S.C. §1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under §1332(a).

**RESPONSE:  Not applicable.**

Respectfully Submitted,


_s/Charles F. Turner, Jr._____

Charles F. Turner, Jr. (Fed. I.D. # 05849)
G. Troy Thames (Fed. I.D. #07713)
J. Nathan Ozmint (Fed. I.D. #14360)
Bowman H. Taylor (Fed. I.D. #14690)
WILLSON JONES CARTER & BAXLEY, P.A.
325 Rocky Slope Road, Suite 201
Greenville, SC  29607
Telephone: (864) 672-3711
Facsimile: (864) 373-7055
Email: cfturner@wjcblaw.com
         tthames@wjcblaw.com
         jnozmint@wjcblaw.com
         bhtaylor@wjcblaw.com
**ATTORNEYS FOR DEFENDANT**


June 18, 2026