**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| Richard Alexander Murdaugh, Sr., | ) | Civ. No.  2:26-cv-1989-RMG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **RULE 26(f) REPORT** |
| v. | ) | |
| | ) | |
| Rebecca Hill, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties, having consulted on July 7, 2026, pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

___x____      We agree that the schedule set forth in the Conference and Scheduling Order issued June 18, 2026, is appropriate for this case.  The information required by Local Civil Rule 26.03 will be separately filed by the parties.

_____      We agree that the schedule set forth in the Conference and Scheduling Order issued _____ requires modification as set forth in the attached proposed Consent Amended Scheduling Order (use same format as the Court's standard scheduling order attached hereto).  The information required by Local Civil Rule 26.03 will be separately filed by the parties.

_____      We are unable, after consultation, to agree on a schedule for this case.  Therefore, we request a scheduling conference with the Court.  The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.

*(Signature page to follow)*

Respectfully submitted,

s/Phillip D. Barber
Richard A. Harpootlian (Fed. ID No. 1730)
Phillip D. Barber (Fed. ID No.12816)
RICHARD A. HARPOOTLIAN P.A.
1410 Laurel Street (29201)
Post Office Box 1090
Columbia, South Carolina 29202
Phone (803) 252-4848
Facsimile (803) 252-4810
rah@harpootlianlaw.com
pdb@harpootlianlaw.com

ATTORNEYS FOR PLAINTIFFS

*s/Charles F. Turner, Jr.*
Charles F. Turner, Jr. (Fed. I.D. #05849)
G. Troy Thames (Fed. I.D. #07713)
J. Nathan Ozmint (Fed. I.D. #14360)
Bowman H. Taylor (Fed. I.D. #14690)
WILLSON JONES CARTER & BAXLEY, P.A.
325 Rocky Slope Road, Suite 201
Greenville, SC  29607
Telephone: (864) 672-3711
Facsimile: (864) 373-7055
Email: cfturner@wjcblaw.com
        tthames@wjcblaw.com
        jnozmint@wjcblaw.com
        bhtaylor@wjcblaw.com

ATTORNEYS FOR DEFENDANT

2