UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Richard Alexander Murdaugh, Sr.,<br><br>                                   Plaintiff,<br><br>vs.<br><br><br>Rebecca Hill,<br><br>                                   Defendant. | C.A. No.: 2:26-cv-01989-RMG<br><br><br>NOTICE OF APPEARANCE OF<br><br>BOWMAN H. TAYLOR |

YOU WILL PLEASE TAKE NOTICE that the undersigned, Bowman H. Taylor, of Willson Jones Carter & Baxley, P.A., 325 Rocky Slope Road, Suite 201, Greenville, South Carolina, 29607, hereby files this Notice of Appearance as co-counsel for Defendant Rebecca Hill in the above captioned matter and hereby requests that all notices of the matters arising in this action also be served on him at the address hereunder noted.

WILLSON JONES CARTER & BAXLEY, P.A.


 s/Bowman H. Taylor
Bowman H. Taylor (Fed ID No. 14690)
325 Rocky Slope Road, Suite 201
Greenville, SC 29607
Phone:  (864) 672-3719
Fax:  (864) 373-7055
Email:  bhtaylor@wjcblaw.com
Attorney for Defendant

July 20, 2026