UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Richard Alexander Murdaugh, Sr.,<br><br>Plaintiff,<br><br>vs.<br><br><br>Rebecca Hill,<br><br>Defendant. | C.A. No.: 2:26-cv-01989-RMG<br><br><br>NOTICE OF APPEARANCE OF<br><br>G. TROY THAMES |

YOU WILL PLEASE TAKE NOTICE that the undersigned, G. Troy Thames, of Willson Jones Carter & Baxley, P.A., 45922 O'Hear Ave, Suite 301, North Charleston, South Carolina, 29405, hereby files this Notice of Appearance as co-counsel for Defendant Rebecca Hill in the above captioned matter and hereby requests that all notices of the matters arising in this action also be served on him at the address hereunder noted.

WILLSON JONES CARTER & BAXLEY, P.A.


 *s/G. Troy Thames* _____
G. Troy Thames (Fed ID No. 07713)
4922 O'Hear Ave, Suite 301
North Charleston, SC 29405
Phone:  (843) 284-0832
Fax:  (843) 606-3300
Email:  tthames@wjcblaw.com
Attorney for Defendant

August 3, 2026