**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

Richard Alexander Murdaugh, Sr.,

    Plaintiff,

  v.

Rebecca Hill

    Defendant.

C/A No. 2:26-cv-01989-RMG

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Plaintiff, Richard Alexander Murdaugh, Sr., through counsel, appeals to the United States Court of Appeals for the Fourth Circuit from the order entered into this action on August 5, 2026 by the United States District Court for the District of South Carolina [Dkt. No. 26], granting the Defendant's motion to dismiss under Rules 12(b)(1) and 12(b)(6).

Respectfully submitted,

s/Phillip D. Barber
Richard A. Harpootlian, Fed. ID No. 1730
Phillip D. Barber, Fed. ID No. 12816
Andrew R. Hand, Fed. ID No. 12176
RICHARD A. HARPOOTLIAN, P.A.
1410 Laurel Street (29201)
Post Office Box 1090
Columbia, South Carolina 29202
(803) 252-4848
rah@harpootlianlaw.com
pdb@harpootlianlaw.com

James M. Griffin, Fed ID No. 1053
Margaret N. Fox, Fed ID No. 10576
GRIFFIN HUMPHRIES LLC
Post Office Box 999
Columbia, South Carolina 29202

(803) 744-0800
jgriffin@griffinhumphries.com
mfox@griffinhumphries.com

Attorneys for Richard Alexander Murdaugh

August 5, 2026
Columbia, South Carolina.