AO 450 (SCD 11/2011)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of South Carolina

| | |
|---|---|
| Richard Alexander Murdaugh, Sr | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No.  2:26-cv-01989-RMG |
| | ) |
| Rebecca Hill | ) |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

✔ other: the action is dismissed without prejudice.

This action was *(check one)*:

❐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❐ tried by Judge _____ without a jury and the above decision was reached.

✔ decided by Honorable Richard M. Gergel, United States District Judge .

Date:    August 6, 2026                                  *ROBIN L. BLUME, CLERK OF COURT*

                                                            s/S. Shealy
                                                    _____
                                                        *Signature of Deputy Clerk*